UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| M.M.C., ON HER OWN BEHALF AND ON BEHALF OF HER MINOR CHILDREN, M.C.C. AND A.T.C. AND N.A.B., ON HIS OWN BEHALF AND ON BEHALF OF HIS MINOR CHILD, N.A.C.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 1:23-cv-00158 |

## AFFIDAVIT OF SERVICE

I, Narine Sumrah, hereby declare that:

1. On April 14, 2023, I caused to be deposited with the United States Postal Service a copy of the Summons and Complaint with Exhibits, Civil Cover Sheet, Notice of Appearance of Dennis Coleman, Motion for Admission Pro Hac Vice of Andrew O'Connor, Motion for Admission Pro Hac Vice of Kathryn Thornton, Motion for Admission Pro Hac Vice of Nicholas Curry, Motion to Proceed under Pseudonyms, Memorandum of Law in Support of Motion to Proceed under Pseudonyms and Proposed Order in the above captioned case, postage prepaid, return receipt requested, addressed to the following:

United States of America
c/o Civil Process Clerk
United States Attorney's Office
District of Rhode Island
50 Kennedy Plaza 8th Floor
Providence, RI 02903

United States of America
c/o United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

2. I attached to this Affidavit of Service, the Certified Mail Receipt, No. 7022 1670 0003 3330 1844 and Mail Receipt, No. 7022 1670 0003 3330 1851 and the United States Postal Service tracking indicating that delivery of the Summons and Complaint with Exhibits, Civil Cover Sheet, Notice of Appearance of Dennis Coleman, Motion for Admission Pro Hac Vice of Andrew O'Connor, Motion for Admission Pro Hac Vice of Kathryn Thornton, Motion for Admission Pro Hac Vice of Nicholas Curry, Motion to Proceed under Pseudonyms, Memorandum of Law in Support of Motion to Proceed under Pseudonyms and Proposed Order was made on April 18, 2023.

3. I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 20, 2023

Respectfully submitted,

_/s/ Narine Sumrah_
Narine Sumrah





# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70221670000333301844

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:23 am on April 18, 2023 in PROVIDENCE, RI 02903.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered
**Delivered, Front Desk/Reception/Mail Room**

PROVIDENCE, RI 02903
April 18, 2023, 11:23 am

See All Tracking History

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70221670000333301851

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:04 am on April 18, 2023 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
April 18, 2023, 5:04 am

See All Tracking History

Text & Email Updates        ⌄

USPS Tracking Plus®         ⌄

Product Information         ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs