UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| M.M.C., ON HER OWN BEHALF AND ON BEHALF OF HER MINOR CHILDREN, M.C.C. AND A.T.C. AND N.A.B., ON HIS OWN BEHALF AND ON BEHALF OF HIS MINOR CHILD, N.A.C., Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 23-cv-158-WES-LDA |

## MOTION FOR A STAY

Defendant, the United States of America, by and through undersigned counsel, respectfully informs the Court that the parties are currently engaged in settlement discussions and therefore request a stay in this matter for 45-days, to allow the parties to explore settlement. The hearing on the Defendant's Motion To Dismiss in the above-captioned matter is currently set for December 13, 2023. Plaintiffs' counsel has informed the undersigned that Plaintiffs agree that a stay is appropriate.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ZACHARY A. CUNHA
United States Attorney

*/s/ Leslie J. Kane*
LESLIE J. KANE
Assistant U.S. Attorney
One Financial Plaza, 17th Floor
Providence, RI 02903
(401) 709-5059
(401) 709-5017 (fax)
Email: leslie.kane@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of December, 2023, I electronically filed the within Motion for A Stay with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

Kathryn C. Thornton
Natalia Mercado Violand
Nicholas Curry
Ropes & Gray LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006-6807
Tel: (202) 508-4600/Fax: (202) 508-4650
kathryn.thornton@ropesgray.com
natalia.mercadovioland@ropesgray.com
nick.curry@ropesgray.com

Dennis Coleman
Andrew J. O'Connor
Ropes & Gray LLP
800 Boylston Street
Boston, MA 02199-3600
Tel: (617) 951-7000/Fax: (617) 951-7050
dennis.coleman@ropesgray.com
andrew.oconnor@ropesgray.com

Brian Lebow
Samantha Gagnon
Heesoo Park
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Tel: (212) 596-9000/Fax: (212) 596-9090
brian.lebow@ropesgray.com
samantha.gagnon@ropesgray.com
heesoo.park@ropesgray.com

                                      */s/ Leslie J. Kane*
                                      LESLIE J. KANE
                                      Assistant U.S. Attorney